An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANNIE CASTILLO BARRIENTOS, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>NATIONSTAR MORTGAGE, LLC,<br>Respondent. | No. 64970 |
| ANNIE BARRIENTOS,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DOUGLAS SMITH, DISTRICT JUDGE,<br>Respondents,<br>and<br>NATIONSTAR MORTGAGE, LLC,<br>Real Party in Interest. | No. 65545 |

**FILED**

MAY 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER ADMINISTRATIVELY CLOSING WRIT PETITION IN DOCKET NO. 65545, GRANTING TEMPORARY STAY, AND DIRECTING TRANSMISSION OF RECORD

Docket No. 64970 is a proper person appeal from an order granting summary judgment in a judicial foreclosure action. Docket No. 65545 is a proper person writ petition seeking to stay a foreclosure sale and other proceedings in the underlying judicial foreclosure action. These cases are not consolidated.

As an initial mater, following the filing of the writ petition pending in Docket No. 65545, appellant/petitioner Annie Barrientos subsequently refiled that document as a stay motion in the appeal pending in Docket No. 64970, noting that the filing of this document as a separate original writ petition, rather than as a motion for stay, was inadvertent.

In light of this subsequent filing, we administratively close the original writ petition pending under Docket No. 65545 and thus, no further action is required on any of the documents filed in that matter.[1]

Turning to the merits of Barrientos' stay motion filed in Docket No. 64970, Barrientos requests an emergency stay of the district court judgment and writ of execution authorizing the May 6, 2014, sale of her home, pending this appeal's outcome. Having considered the motion, we conclude that a temporary stay is warranted pending this court's receipt and consideration of any opposition from respondent Nationstar Mortgage, LLC. Accordingly, we temporarily stay the scheduled foreclosure sale of the subject property, pending further order of this court. Nationstar shall have until 4 p.m. on Thursday, May 8, 2014, to file and serve its opposition. Barrientos shall then have until 4 p.m. on Monday, May 12, 2014, to file and serve any reply. We suspend the application of NRAP 25(a)(2)(B)(ii)-(iv) with respect to the opposition and reply, which shall be filed personally, electronically, or by facsimile transmission with the clerk of this court in Carson City. *See* NRAP 2; NRAP 25(a)(2)(B)(i); NRAP 25(a)(4). Service of these documents shall be personal, electronic, or by facsimile transmission.

Finally, having reviewed the documents on file in this proper person appeal, we conclude that our review of the complete record is warranted. NRAP 10(a)(1). Accordingly, within 15 days from the date of this order, the clerk of the district court shall transmit to the clerk of this court a certified copy of the trial court record in District Court Case No.

---

[1]Under these circumstances, Barrientos's May 1, 2014, request to transfer the original writ petition in Docket No. 65545 to her appeal in Docket No. 64970 is denied as moot.

A672100. *See* NRAP 11(a)(2) (providing that the complete "record shall contain each and every paper, pleading and other document filed, or submitted for filing, in the district court," as well as "any previously prepared transcripts of the proceedings in the district court"). The record shall not include any exhibits filed in the underlying case.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Hardesty

_____, J.
Douglas

cc:    Hon. Douglas Smith, District Judge
       Annie Castillo Barrientos
       The Castle Law Group, LLP
       Ballard Spahr, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A